# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

GARY LEON WEBSTER                                              PLAINTIFF
ADC #114018

v.                            No. 3:19-cv-110-DPM

DOE, Officer, Jonesboro                                        DEFENDANT
Police Department

## ORDER

**1.** Webster hasn't paid the filing and administrative fees or filed an application to proceed *in forma pauperis*. He must do one or the other by 17 May 2019. If he doesn't, then the Court will dismiss this case without prejudice. LOCAL RULE 5.5(c)(2).

**2.** The Court directs the Clerk to mail Webster an application to proceed *in forma pauperis*. If the Court grants Webster permission to proceed *in forma pauperis*, then he will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 April 2019